Plaintiff

KENNETH CHAO, Et al
41262 Erma Avenue
Fremont California

Phone: 510-980-1633
Kennethchao@gmail.com
County of Santa Clara

FILED
JAN 13 2026
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
SAN JOSE OFFICE

# UNITED STATES DISTRICT COURT FOR THE

# NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES OF AMERICA

| | |
|---|---|
| KENNETH CHAO. Et al<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF SANTA CLARA, BOARD OF SUPERVISORS,<br><br>Defendants<br><br>Defendant<br><br>COUNTY OF SANTA CLARA | Case No.: 26 00339 SVK<br><br>COMPLAINT FOR DAMAGES FOR:<br><br>1. VIOLATIONS OF THE FALSE CLAIMS ACT (FCA) 31 U.S.C. 3729-3733.<br><br>2. RETALIATION UNDER THE FALSE CLAIMS ACT (FCA) 31 U.S.C. 3729-3733 WHISTLEBLOWER PROTECTION PROVISIONS. |

COMPLAINT FOR DAMAGES FOR: 1. VIOLATIONS OF THE FALSE CLAIMS ACT (FCA) 31 U.S.C. 3729-3733. 2. RETALIATION UNDER THE FALSE CLAIMS ACT (FCA) 31 U.S.C. 3729-3733 WHISTLEBLOWER PROTECTION PROVISIONS. --DEMAND FOR JURY TRIAL-- 1

| | |
|---|---|
| Otto Lee - President of the County of Board of Supervisors<br>Sylvia Arenas - County Supervisor<br>Betty Duong - County Supervisor<br>Susan Ellenberg - County Supervisor<br>Margaret Abe - Koga - County Supervisor<br>James Williams - County Administrator<br>Greta Hansen - County Chief Operating Officer<br>David Huebner - Director<br>Tony Lopresti - County Counsel<br>David Campos - County Deputy<br>Kasey Halcon - County Deputy<br>Megan Doyle - County Deputy<br>Sylvia Gallegos - County Deputy<br>Consuelo Hernandez - County Deputy<br>Kyle Le - County Deputy<br>John Mills - County Deputy<br>Margaret Olaiya - Director<br>Daniel Little - Director<br>Ezequiel Vega - Director<br>Maria Leticia Gomez - Director<br>Steve Preminger - Director<br>Michele Seaton - Director<br>Paul Lorenz - CEO, Valley Healthcare<br>Sherri Terao - Director of Behavioral Health<br>Dr. Tiffany Ho - Director<br>Dr. Cheryl Ho - Director<br>Darren Tan - Deputy Director<br>Megan Wheelehan - Deputy Director<br>Courtney Gray - Quality Management<br>Brian Wagner Director<br>Soo Jung - Director | --DEMAND FOR JURY TRIAL-- |

COMPLAINT FOR DAMAGES FOR: 1. VIOLATIONS OF THE FALSE CLAIMS ACT (FCA) 31 U.S.C. 3729-3733. 2. RETALIATION UNDER THE FALSE CLAIMS ACT (FCA) 31 U.S.C. 3729-3733 WHISTLEBLOWER PROTECTION PROVISIONS. --DEMAND FOR JURY TRIAL-- - 2

Courtney Gray - Director
Michael Mann- Stock , Program Manager III

<u>COMES NOW THE PLAINTIFF, KENNETH CHAO, WHO HEREBY SUBMIT THIS LAWSUIT AND CORRESPONDING EVIDENCE, AND EACH OF THEM, ALLEGE THE FOLLOWING ON INFORMATION AND BELIEF AND DEMAND A JURY TRIAL:</u>

1. Plaintiff KENNETH CHAO was employed by the County of Santa Clara as a Healthcare Program Analyst II with employee number 92355 from December 2022 until their resignation on March 7, 2025. During this period, Plaintiff's duties and responsibilities included analyzing healthcare programs within the County's system.

2. Throughout Plaintiff's tenure, they observed and documented multiple instances of fraudulent activities and mismanagement within the County's Providers Relations Department. These activities primarily involved employees receiving full compensation for minimal hours of actual work performed, a practice that Plaintiff believed constituted embezzlement of county and federal funds.

COMPLAINT FOR DAMAGES FOR: 1. VIOLATIONS OF THE FALSE CLAIMS ACT (FCA) 31 U.S.C. 3729-3733. 2. RETALIATION UNDER THE FALSE CLAIMS ACT (FCA) 31 U.S.C. 3729-3733 WHISTLEBLOWER PROTECTION PROVISIONS. --DEMAND FOR JURY TRIAL-- 3

3. Plaintiff reported these observations through appropriate channels within the County, including direct communications with upper management and formal complaints to the Whistleblower Hotline and Medicare/Medi-Cal Waste Fraud Abuse Hotline. Despite these reports, no substantial action was taken by the County to investigate or rectify the reported issues.

4. As a result of Plaintiff's whistleblowing activities, they faced retaliation from their manager and other county officials, culminating in Plaintiff's forced resignation on March 7, 2025. This adverse action was directly linked to Plaintiff's protected activities under the FALSE CLAIMS ACT (FCA) 31 U.S.C. 3729-3733, as it occurred shortly after their reports of fraud and mismanagement.

5. Plaintiff seeks remedies under the FALSE CLAIMS ACT (FCA) 31 U.S.C. 3729-3733, including reinstatement, double back pay, and compensation for emotional distress and legal fees. The actions of the County of Santa Clara and the involved officials violated the provisions of the FALSE CLAIMS ACT (FCA) 31 U.S.C. 3729-3733 and undermined the integrity of the federal and state programs intended to serve the public interest.

6. Jurisdiction is proper in the United States District for the Northern District of California, United States of America, as the

COMPLAINT FOR DAMAGES FOR: 1. VIOLATIONS OF THE FALSE CLAIMS ACT (FCA) 31 U.S.C. 3729-3733. 2. RETALIATION UNDER THE FALSE CLAIMS ACT (FCA) 31 U.S.C. 3729-3733 WHISTLEBLOWER PROTECTION PROVISIONS. --DEMAND FOR JURY TRIAL-- - 4

events giving rise to this complaint occurred within this jurisdiction.

7. Plaintiff KENNETH CHAO resides at 41262 Erma Avenue, Fremont, California, USA, and can be contacted at 510-980-1633, KENNETHCHAO@GMAIL.COM.

8. Defendant COUNTY OF SANTA CLARA, BOARD OF SUPERVISORS, located at 70 West Hedding Street, San Jose, California, USA, includes various officials and employees involved in the actions alleged in this complaint.

*[handwritten margin note: MR OTTO LEE president, Board of Supervisors — KC]*

## INDIVIDUAL ALLEGATIONS:

9. Plaintiff was employed by the County of Santa Clara as a Healthcare Program Analyst II with employes 92355 from December 2022 until their resignation on March 7, 2025.

10. Plaintiff's duties and responsibilities included analyzing healthcare programs within the County's system.

11. Throughout Plaintiff's tenure, they observed and documented multiple instances of fraudulent activities and mismanagement within the County's Providers Relations Department.

12. These activities primarily involved employees receiving full compensation for minimal hours of actual work performed.

COMPLAINT FOR DAMAGES FOR: 1. VIOLATIONS OF THE FALSE CLAIMS ACT (FCA) 31 U.S.C. 3729-3733. 2. RETALIATION UNDER THE FALSE CLAIMS ACT (FCA) 31 U.S.C. 3729-3733 WHISTLEBLOWER PROTECTION PROVISIONS. --DEMAND FOR JURY TRIAL-- - 5

13. Plaintiff believed these activities constituted embezzlement of county and federal funds.

14. Specifically, Plaintiff noted that many employees, including their manager, Michael Mann Stock, were physically present in the office for approximately 1-3 hours per week, yet received compensation equivalent to a full 40-hour work week.

15. This discrepancy was documented and observed consistently over a period extending from 2022 to 2025.

16. On multiple occasions, Plaintiff reported these observations through the appropriate channels within the County, including direct communications with upper management.

17. Formal complaints were made to the Whistleblower Hotline and Medicare/Medi-Cal Waste Fraud Abuse Hotline.

18. These reports detailed the fraudulent activities, specifically highlighting the lack of actual work performed and the full compensation received for such minimal work.

19. The reports also highlighted the potential embezzlement of funds sourced from federal and state tax money.

20. These reports were sent to various county officials, including CEO.Admin@ceo.sccgov.org and county.executive@ceo.sccgov.org.

COMPLAINT FOR DAMAGES FOR: 1. VIOLATIONS OF THE FALSE CLAIMS ACT (FCA) 31 U.S.C. 3729-3733. 2. RETALIATION UNDER THE FALSE CLAIMS ACT (FCA) 31 U.S.C. 3729-3733 WHISTLEBLOWER PROTECTION PROVISIONS. --DEMAND FOR JURY TRIAL-- - 6

21. Despite these reports, no substantial action was taken by the County to investigate or rectify the reported issues.

22. Plaintiff's reports were either ignored or dismissed without a thorough investigation.

23. As a result of Plaintiff's whistleblowing activities and their persistence in reporting these issues, they faced retaliation from their manager, Michael Mann Stock, and other county officials.

24. This retaliation included false accusations regarding Plaintiff's safety and county clearance, as well as other baseless allegations intended to discredit Plaintiff and justify their termination.

25. The culmination of this retaliation was Plaintiff's forced resignation on March 7, 2025, under the duress of harassment, intimidation and retaliation concerns directed by their manager.

26. This adverse action was directly linked to Plaintiff's protected activities under the FALSE CLAIMS ACT (FCA) 31 U.S.C. 3729-3733, as it occurred shortly after their reports of fraud and mismanagement.

27. Plaintiff's resignation email, dated March 7, 2025, serves as a resignation under duress and outlines the circumstances leading to their decision to resign.

COMPLAINT FOR DAMAGES FOR: 1. VIOLATIONS OF THE FALSE CLAIMS ACT (FCA) 31 U.S.C. 3729-3733. 2. RETALIATION UNDER THE FALSE CLAIMS ACT (FCA) 31 U.S.C. 3729-3733 WHISTLEBLOWER PROTECTION PROVISIONS. --DEMAND FOR JURY TRIAL-- - 7

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

28. The resignation email includes the lack of action on their reports and the retaliatory actions by their manager and other county officials.

29. The documented communications, including emails and reports to the whistleblower hotlines, substantiate Plaintiff's claims of engaging in protected activities under the FALSE CLAIMS ACT (FCA) 31 U.S.C. 3729-3733.

30. These documents are critical evidence supporting the causal link between Plaintiff's protected activities and the adverse actions taken against them.

31. The adverse actions taken against Plaintiff, including their forced resignation, have caused significant professional and emotional damage and financial loss of income.

32. Plaintiff seeks remedies under the FALSE CLAIMS ACT (FCA) 31 U.S.C. 3729-3733, which may include reinstatement, double back pay, and compensation for emotional distress and legal fees.

33. The actions of the County of Santa Clara and the involved officials not only violated the provisions of the FALSE CLAIMS ACT (FCA) 31 U.S.C. 3729-3733 but also undermined the integrity of the federal and state programs intended to serve the public interest.

COMPLAINT FOR DAMAGES FOR: 1. VIOLATIONS OF THE FALSE CLAIMS ACT (FCA) 31 U.S.C. 3729-3733. 2. RETALIATION UNDER THE FALSE CLAIMS ACT (FCA) 31 U.S.C. 3729-3733 WHISTLEBLOWER PROTECTION PROVISIONS. --DEMAND FOR JURY TRIAL-- - 8

34. Plaintiff incorporates by reference the detailed factual allegations contained in their resignation email and other documented communications as part of this complaint to provide a comprehensive account of the events and support their claims under the FALSE CLAIMS ACT (FCA) 31 U.S.C. 3729-3733.

## FIRST CAUSE OF ACTION:

(Violation of the FALSE CLAIMS ACT (FCA) 31 U.S.C. 3729-3733, 31 U.S.C. § 3729 et seq.)

35. Plaintiff incorporates all other paragraphs in this Complaint by reference as though fully written here.

36. The FALSE CLAIMS ACT (FCA) 31 U.S.C. 3729-3733 (FCA) prohibits knowingly presenting, or causing to be presented, a false or fraudulent claim for payment or approval to the federal government.

37. The FCA also prohibits knowingly making, using, or causing to be made or used, a false record or statement material to a false or fraudulent claim.

38. Under the qui tam provisions of the FCA, private citizens, known as relators, are authorized to file actions on behalf of the United States government and share in a portion of the recovery.

COMPLAINT FOR DAMAGES FOR: 1. VIOLATIONS OF THE FALSE CLAIMS ACT (FCA) 31 U.S.C. 3729-3733. 2. RETALIATION UNDER THE FALSE CLAIMS ACT (FCA) 31 U.S.C. 3729-3733 WHISTLEBLOWER PROTECTION PROVISIONS. --DEMAND FOR JURY TRIAL-- - 9

39. A qui tam action under the FCA requires the relator to establish that the defendant submitted claims to the government that were false or fraudulent.

40. Plaintiff alleges that the County of Santa Clara, through its employees and representatives in the Providers Relations Department, engaged in practices that resulted in the submission of fraudulent claims to the federal government.

41. These fraudulent claims specifically involved compensation for hours not worked, as detailed in the documentation provided by Plaintiff.

42. Plaintiff further alleges that these fraudulent activities included the submission of false timecards and payroll records to federal healthcare programs, such as Medicare and Medicaid.

43. Claims for payment were made for hours far exceeding the actual hours worked by employees.

44. Plaintiff, in their role as a Healthcare Analyst II with employee number 92355 for the County of Santa Clara, observed and documented instances where employees, including management, were routinely paid for 40 hours per week while only working approximately 1-3 hours per week.

45. Plaintiff reported these observations and concerns through multiple channels, including direct communication with

COMPLAINT FOR DAMAGES FOR: 1. VIOLATIONS OF THE FALSE CLAIMS ACT (FCA) 31 U.S.C. 3729-3733. 2. RETALIATION UNDER THE FALSE CLAIMS ACT (FCA) 31 U.S.C. 3729-3733 WHISTLEBLOWER PROTECTION PROVISIONS. --DEMAND FOR JURY TRIAL-- - 10

supervisors and emails to the County executive and healthcare department heads.

46. The actions of submitting claims for unworked hours constitute false claims as these claims were made with reckless disregard for their truth or falsity, for the purpose of obtaining federal funds to which the defendants were not entitled.

47. Plaintiff's efforts to report these fraudulent activities were met with adverse actions, including allegations of safety concerns used as a pretext for undermining the credibility of the Plaintiff's claims, leading to Plaintiff's resignation.

48. These documented instances and the Plaintiff's reports provide substantial factual basis to allege that the County of Santa Clara knowingly submitted false claims to the federal government, in violation of the FCA.

49. By these actions, the County of Santa Clara caused false claims to be presented for payment to the federal government.

50. If proven, these actions entitle the United States to recover treble damages and penalties under the FCA and entitle Plaintiff to a share of any recovery as a qui tam relator.

PRAYER FOR RELIEF:

WHEREFORE, Plaintiff respectfully prays to this Court:

COMPLAINT FOR DAMAGES FOR: 1. VIOLATIONS OF THE FALSE CLAIMS ACT (FCA) 31 U.S.C. 3729-3733. 2. RETALIATION UNDER THE FALSE CLAIMS ACT (FCA) 31 U.S.C. 3729-3733 WHISTLEBLOWER PROTECTION PROVISIONS. --DEMAND FOR JURY TRIAL-- - 11

1. Grant judgment in favor of Plaintiff on all claims and for the remedies sought in each claim.

2. Issue a judicial determination of the rights, duties, and obligations of the parties hereto.

3. Enjoin Defendant from engaging in further fraudulent activities and from retaliating against whistleblowers.

4. Award Plaintiff actual damages in an amount to be determined at trial and with the appropriate multiplier.

5. Grant Plaintiff the maximum economic, non-economic, actual, statutory (pursuant to 31 U.S.C. § 3730(h)), emotional, general, special, punitive, and other damages available.

6. Award Plaintiff attorney fees with the appropriate multiplier plus costs and expenses of litigation pursuant to 31 U.S.C. § 3730(d).

7. Award Plaintiff such other relief that the Court deems appropriate.

Dated this 6th day of January 2026; executed at City of San Jose, State of California.

COMPLAINT FOR DAMAGES FOR: 1. VIOLATIONS OF THE FALSE CLAIMS ACT (FCA) 31 U.S.C. 3729-3733. 2. RETALIATION UNDER THE FALSE CLAIMS ACT (FCA) 31 U.S.C. 3729-3733 WHISTLEBLOWER PROTECTION PROVISIONS. --DEMAND FOR JURY TRIAL-- - 12

Of Counsel and Attorneys at law

Northern California Law Project
900 Lafayette Street, 105
Santa Clara, CA 95050
Attorneys at law

Asian Law Alliance
(408) 287-9710
991 W. Hedding Street
San Jose, CA 95126
Attorneys at law

Adults Legal Assistance- Law Project
(408) 295-5991
1425 Koll Circle
San Jose, CA 95112
Attorneys at law

Next Door Solutions to Legal Advocacy Program
(408) 279-7550
1181 N 4th St
San Jose, CA 95112
Attorneys at law

Santa Clara University School of Law Katharine and George Alexander Community Law Center
(408) 288-7030
1030 The Alameda
San Jose, CA 95126
Attorneys at law

Santa Clara County Self-Service Centers/Public Law Facilitator's Office
605 West El Camino Real
Sunnyvale, CA 94087
Attorneys at law

Public Interest Law Firm
(408) 293-4790

COMPLAINT FOR DAMAGES FOR: 1. VIOLATIONS OF THE FALSE CLAIMS ACT (FCA) 31 U.S.C. 3729-3733. 2. RETALIATION UNDER THE FALSE CLAIMS ACT (FCA) 31 U.S.C. 3729-3733 WHISTLEBLOWER PROTECTION PROVISIONS. --DEMAND FOR JURY TRIAL-- - 13

152 N. 3rd Street, 3rd Floor
San Jose, CA 95113
Attorneys at law

Law Foundation of Silicon Valley
4 North Second Street, Suite 1300
San Jose, CA 95113
Attorneys at law

Alameda County Self-Help and Public Law Facilitator Center
(510) 272-1393
24405 Amador Street
Oakland, CA 94612
Attorneys at law

Stanford Community Law Clinic
(650) 725-9200
2117 University Avenue, Suite A
East Palo Alto, CA 94303
Attorneys at law

Community Legal Services in East Palo Alto
(650) 326-6440
2117-B University Avenue
East Palo Alto, CA 94303
Attorneys at law

San Mateo County Family Law Facilitator
(650) 261-5010
400 County Center
Redwood City, CA 94063
Attorneys at law

Legal Aid Society of San Mateo County
(650) 558-0915
330 Twin Dolphin Drive, Suite 123
Redwood City, CA 94065
Attorneys at law

COMPLAINT FOR DAMAGES FOR: 1. VIOLATIONS OF THE FALSE CLAIMS ACT (FCA) 31 U.S.C. 3729-3733. 2. RETALIATION UNDER THE FALSE CLAIMS ACT (FCA) 31 U.S.C. 3729-3733 WHISTLEBLOWER PROTECTION PROVISIONS. --DEMAND FOR JURY TRIAL-- - 14

## DEMAND FOR JURY TRIAL:

Plaintiff hereby demands a trial by jury as to all issues and causes of action subject to a jury trial, which shall include all claims and causes of action provided by Article I Section 16 of the California Constitution and Section 631 of the Code of Civil Procedure.

Dated this 6th day of January 2026; executed at City of San Jose, State of California.

Counsel for Plaintiff

Counsel for Plaintiff
Santa Clara University School of Law
Katharine and George Alexander Community Law Center
1030 The Alameda
San Jose, CA 95126
Attorneys at law

## VERIFICATION OF PLEADING:

### (California Code of Civil Procedure § 446)

My name is KENNETH CHAO, and I am the Plaintiff in this lawsuit, and I have read the foregoing Complaint for Damages. I know or believe that the allegations that are presented herein are to my personal knowledge and are said to be true, except those

COMPLAINT FOR DAMAGES FOR: 1. VIOLATIONS OF THE FALSE CLAIMS ACT (FCA) 31 U.S.C. 3729-3733. 2. RETALIATION UNDER THE FALSE CLAIMS ACT (FCA) 31 U.S.C. 3729-3733 WHISTLEBLOWER PROTECTION PROVISIONS. --DEMAND FOR JURY TRIAL-- - 15

presented upon information and belief, and as to those, I believe them to be true.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 6th day of January 2026, at City of San Jose, California.

_____
KENNETH CHAO

Of Counsel and Attorneys at law

Northern California Law Project
900 Lafayette Street
Santa Clara, CA 95050
Attorneys at law

Asian Law Alliance
(408) 287-9710
991 W. Hedding Street
San Jose, CA 95126
Attorneys at law

Adults Legal Assistance- Law Project
(408) 295-5991
1425 Koll Circle
San Jose, CA 95112
Attorneys at law

Next Door Solutions to Legal Advocacy Program
(408) 279-7550
1181 N 4th St
San Jose, CA 95112
Attorneys at law

COMPLAINT FOR DAMAGES FOR: 1. VIOLATIONS OF THE FALSE CLAIMS ACT (FCA) 31 U.S.C. 3729-3733. 2. RETALIATION UNDER THE FALSE CLAIMS ACT (FCA) 31 U.S.C. 3729-3733 WHISTLEBLOWER PROTECTION PROVISIONS. --DEMAND FOR JURY TRIAL-- - 16

Santa Clara University School of Law Katharine and George Alexander Community Law Center
(408) 288-7030
1030 The Alameda
San Jose, CA 95126
Attorneys at law

Santa Clara County Self-Service Centers/Family Law Facilitator's Office
605 West El Camino Real
Sunnyvale, CA 94087
Attorneys at law

Public Interest Law Firm
(408) 293-4790
152 N. 3rd Street, 3rd Floor
San Jose, CA 95113
Attorneys at law

Law Foundation of Silicon Valley
4 North Second Street, Suite 1300
San Jose, CA 95113
Attorneys at law

Law Foundation of Silicon Valley
(408) 293-4790
4 North Second Street
San Jose, CA 95113
Attorneys at law

Law Project Silicon Valley
(408) 998-5298
25 N. 14th Street, Suite 506
San Jose, CA 95112
Attorneys at law

Alameda County Self-Help and Family Law Facilitator Centers
(510) 272-1393
24405 Amador Street
Oakland, CA 94612
Attorneys at law

COMPLAINT FOR DAMAGES FOR: 1. VIOLATIONS OF THE FALSE CLAIMS ACT (FCA) 31 U.S.C. 3729-3733. 2. RETALIATION UNDER THE FALSE CLAIMS ACT (FCA) 31 U.S.C. 3729-3733 WHISTLEBLOWER PROTECTION PROVISIONS. --DEMAND FOR JURY TRIAL-- - 17

Stanford Community Law Clinic
(650) 725-9200
2117 University Avenue, Suite A
East Palo Alto, CA 94303
Attorneys at law

Community Legal Services in East Palo Alto
(650) 326-6440
2117-B University Avenue
East Palo Alto, CA 94303
Attorneys at law

San Mateo County Public Law Facilitator
(650) 261-5010
400 County Center
Redwood City, CA 94063
Attorneys at law

Legal Aid Society of San Mateo County
(650) 558-0915
330 Twin Dolphin Drive, Suite 123
Redwood City, CA 94065
Attorneys at law

COMPLAINT FOR DAMAGES FOR: 1. VIOLATIONS OF THE FALSE CLAIMS ACT (FCA) 31 U.S.C. 3729-3733. 2. RETALIATION UNDER THE FALSE CLAIMS ACT (FCA) 31 U.S.C. 3729-3733 WHISTLEBLOWER PROTECTION PROVISIONS. --DEMAND FOR JURY TRIAL-- - 18