**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| KENNETH CHAO,<br><br>        Plaintiff,<br><br>    v.<br><br>COUNTY OF SANTA CLARA, BOARD OF SUPERVISORS, et al.,<br><br>        Defendants. | Case No.  26-cv-00339-BLF<br><br>**ORDER TO SHOW CAUSE** |

Plaintiff is ORDERED TO SHOW CAUSE, in writing and on or before **April 24, 2026**, why Sylvia Arenas, Betty Duong, Susan Ellenberg, Margaret Abe-Koga, James Williams, Greta Hansen, David Huebner, Tony LoPresti, David Campos, Kasey Halcon, Megan Doyle, Sylvia Gallegos, Consuelo Hernandez, Kyle Le, John Mills, Margaret Olaiya, Daniel Little, Ezequiel Vega, Maria Leticia Gomez, Steve Preminger, Michele Seaton, Paul Lorenz, Sherri Terao, Dr. Tiffany Ho, Dr. Cheryl Ho, Darren Tan, Megan Wheelehan, Courtney Gray, Brian Wagner, Soo Jung, and Michael Mann should not be dismissed for failure to effect service of process within the time provided under Federal Rule of Civil Procedure 4(m).

**IT IS SO ORDERED.**

Dated:  April 14, 2026

_____
BETH LABSON FREEMAN
United States District Judge